IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMM GRANDVIEW, LLC, a Nebraska Limited Liability Company;<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Company; and BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, a Pennsylvania Company;<br><br>　　　　　　Defendants. | 8:20CV197<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　　　SO ORDERED.

　　　　Dated this 11th day of June 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)

　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge