IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMM GRANDVIEW, LLC, a Nebraska Limited Liability Company;<br><br>            Plaintiff,<br><br>      vs.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Company; and BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, a Pennsylvania Company;<br><br>            Defendants. | 8:20CV197<br><br>**ORDER** |

After conferring with counsel, and as more fully explained of record, (Filing No. 63),

IT IS ORDERED that Plaintiff's motion, (Filing No. 53), is granted in part and denied in part as follows:

1) Plaintiff's motion to compel additional discovery responses from Berkshire Hathaway Guard Insurance Companies is denied.

2) On or before April 7, 2021, Defendant(s) shall produce to Plaintiff's counsel an affidavit which clearly identifies the entity that provided claims investigation and handling for the insurance claims at issue.

3) Any amended complaint to add as a defendant the entity that provided claims investigation and handling for the insurance claims at issue shall be filed within 15 days after Defendant(s) comply with paragraph 2 of this order.

4) As to the added defendant, Plaintiff's written discovery deadline is extended to three months after the new defendant files an answer to the amended complaint.

Dated this 29th day of March, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge