IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMM GRANDVIEW, LLC, a Nebraska Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Company; and WESTGUARD INSURANCE COMPANY, a Pennsylvania company;<br><br>Defendants. | 8:20CV197<br><br>**ORDER** |

IT IS ORDERED:

1) Defendants' motion to conduct additional discovery, (Filing No. 128), is granted.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is April 1, 2022.

3) The deadline for filing motions to dismiss, for summary judgment, and to exclude testimony on *Daubert* and related grounds is May 16, 2022.

4) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

5) The jury trial of this case is set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **October 11, 2022**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at the commencement of trial.

6) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 22, 2022** at **9:00 a.m.**, and will be conducted by internet conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be

    emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on September 16, 2022.

7)    No further continuances will be granted absent a substantial showing of good cause.

Dated this 1st day of December, 2021.

                            BY THE COURT:

                            *s/ Cheryl R. Zwart*
                            United States Magistrate Judge