IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMM GRANDVIEW, LLC, a Nebraska Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Company;<br><br>Defendant. | **8:20CV197**<br><br>**ORDER** |

IT IS ORDERED:

1) The temporary stay of pretrial deadlines requested by the parties in anticipation of the settlement conference is lifted. The deadlines and provisions in Judge Buescher's Order Regarding Civil Jury Trial Deadlines and Practices not specifically amended by this order are unchanged and remain in effect. (See Filing No. 206).

2) Motions in Limine and for Rule 104 Hearings:

    a. Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed on or before September 19, 2022.

    b. Opposition briefs must be filed no later than seven (7) days after the motion is filed.

    c. Reply briefs ordinarily are not required, but a party may file a reply no later than three (3) days after the opposition is filed.

    d. Please notify Judge Buescher's chambers immediately of any pretrial motion requiring an evidentiary hearing.

3) Use of Depositions:

   a. On or before September 19, 2022, Plaintiff shall designate testimony from any deposition the Plaintiff wishes to present to the jury at trial and present such designated testimony to Defendant.

   b. On or before September 22, 2022, the Defendant shall counter-designate any testimony from the depositions Plaintiff wishes to provide to the jury and designate any testimony from any additional depositions that Defendant wishes to use at trial. Defendant shall also at that time present Plaintiff with any objections to Plaintiff's designated testimony.

   c. On or before September 27, 2022, Plaintiff shall counter-designate any deposition testimony in response to any designation made by Defendant, and present to Defendant any objections to Defendant's designated testimony.

   d. On or before October 3, 2022, the parties shall file the relevant deposition testimony and objections in accordance with the specifications outlined in Filing No. 206, Section I(D).

Dated this 15th day of September, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge