IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMM GRANDVIEW, LLC, a Nebraska Limited Liability Company;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Company,<br><br>　　　　　Defendant. | 8:20CV197<br><br>ORDER FOR DISMISSAL ON STIPULATION |

　　　　This case is before the Court on the parties' October 24, 2022, Stipulation of Dismissal with Prejudice. Filing 215. The Stipulation is signed by both parties. It states that the parties have amicably resolved this matter through a confidential settlement, so they agree that this case may be dismissed with prejudice and with each party to bear its own costs. Under District policy, such a dismissal requires an order of the Court. Accordingly,

　　　　IT IS ORDERED that the parties' October 24, 2022, Stipulation of Dismissal with Prejudice, Filing 215, is granted and pursuant to that Stipulation this action is dismissed with prejudice and with each party to bear its own costs.

　　　　Dated this 25th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge